# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 06-1746

_____

United States of America,　　　　　*
　　　　　　　　　　　　　　　　*
　　　　　　　Appellee,　　　　*
　　　　　　　　　　　　　　　　*
　　　v.　　　　　　　　　　　*　Appeal from the United States
　　　　　　　　　　　　　　　　*　District Court for the
David Brian Bern,　　　　　　　*　Northern District of Iowa.
　　　　　　　　　　　　　　　　*
　　　　　　　Appellant.　　　　*　　　　[UNPUBLISHED]

_____

Submitted: March 19, 2007
Filed: March 20, 2007

_____

Before RILEY, HANSEN, and MELLOY, Circuit Judges.

_____

PER CURIAM.

David Bern appeals his sentence of 300 months in prison, a variance below the advisory Guidelines range of 360 months to life, imposed by the district court[1] following a remand for resentencing pursuant to United States v. Booker, 543 U.S. 220 (2005), see United States v. Bern, 156 Fed. Appx. 861 (8th Cir. 2005) (unpublished per curiam). For reversal, Bern argues that recent Supreme Court decisions warrant re-examination of whether the preponderance-of-the-evidence standard of proof is sufficient for purposes of sentencing enhancements. We disagree.

_____

[1]The Honorable Mark W. Bennett, United States District Judge for the Northern District of Iowa.

See United States v. Pirani, 406 F.3d 543, 551 n.4 (8th Cir.) (en banc) (Booker does not require sentencing judges to find sentence-enhancing facts beyond reasonable doubt), cert. denied, 126 S. Ct. 266 (2005).

Accordingly, we affirm the judgment of the district court.

_____